

**UAF eLearning & Distance Education**
2175 University Avenue Suite 200 PO Box 756700 Fairbanks, AK 99775-6700
p. 907.479.3444 or 800.277.8060 f. 907.479.3443 distance@uaf.edu
elearning.uaf.edu

7/26/2013

Trevor Stefano
Apt506410 Goose Creek Corect
Po Box 877790
Wasilla, AK 99687-7790

Dear Trevor,

You only have one month left before your yearlong course ENGL F212 UY4 - "Business, Grant, and Report Writing" with UAF eLearning and Distance Education expires. You must have everything completed by your expiration date - 8/30/2013. If you won't be able to complete your course by that time you may go to our website (distance.uaf.edu) and withdraw from your course.

If you have problems or questions, please give me a call.

Sincerely,

*Sheri Keil*

Sheri Keil
Administrative Assistant/Student Records
UAF eLearning and Distance Education
907 479-4713

Exhibit B
Page 1 of 1