Trevor J. Stefano
Goose Creek Correctional Center
Mail Box 41
P.O. Box 877790
Wassilla AK 99687

---

**RE:** Probation Officer misconduct

Mr. Keith Thayer
PO V
Anchorage area manager
800 A St Ste 100
Anchorage AK 99501

Dear Mr. Thayer,                                          May 6, 2013

I am writing to you to report misconduct of probation officer Thompson here at GCCC. I received information from a confidential informant officer that P.O. Thompson put a "cautionary note" in my file.

This note was the result of a talk that I had with P.O. Thompson around April 4, 2013 where I inquired him about being transfered PCC upon my successful completion of LSSAT. During the course of this conversation I developed an itch on my mid back to which I subconciously scratched it with my left hand. P.O. Thompson told me that I need to keep my hands in front of me to which I questioned that comment with "why?". He told me its in the rules and so I asked him to show me where in the rules I can't scratch an itch on my back in front of someone. He replied "its in our rules".

I told him that it made me uncomfortable he would infore potential violence from me and then I asked him if he was military or just got back from the war; he replied "no". I told him I was uncomfortable with him and was not good with continuing our conversation and wanted to leave so he got up and said "no, were okay, go ahead and have a seat"; I replied "I'm good, I want to leave". So he got up to open the door for me and before I walked out I told him he needs to work on his people skills.

The confidential informant officer told me that P.O. Thompson put a "cautionary note" or "c note" in my file on ACOMS that duriing the course of the conversation detailed above that I said "what, you think I'm going to pull a weapon?". That statement is not true at all but it now remains in my file and I want it removed.

I am afraid of speaking with P.B. Thompson about this that he may again write another report that maliciously represents my words and is calculated to defame my character. ~~I am afraid of speaking to PO Brown about it that he will~~
a grievance against him for never reponding to request for interviews.

Exhibit D

Since this incident I was placed in punitive segregation for something I never did and was left back there for 10 days before I finally had a disiplinary hearing where I was found not guilty by the writer of the report. Also, my graphing calculatory has been taken by security albeit it poses no threat to security and I have to have it for my U.A.F. intermediate college adegebra class which I am running out of time to complete.

~~Ifeel that I am being retaliated against at this facility and that I can't communicate on a professional level with the POs here at this facility.~~ Please remove the "cautionary note" from my file and any information that I was written up for the B(9) that I was found not guilty of.

I have sent a copy of this to my family attorney, Wallace Tetlow, and he is ingormed of all thats going on here. While it is not my desire, I am geared to have him file suit against the department should I not stop being made to feel uneasy by officers, thrown in the hold for nothing, and having my character assasinated by GCCC probation officere.

Your immediate attentioanto this matter is greatly appreciated.


Sincerely,

Trevor J. Stefano #506410
GCCC




CC:
Wallace Tetlow
Attorney at Law
745 W. 4th Ave Ste. 250
Anchorage, AK 99501

Exhibit D