# STATE OF ALASKA
# DEPARTMENT OF CORRECTIONS

## REQUEST FOR INTERVIEW

| Name: | TREVOR Jon STEFANO | Institution: | GCCC | Date: | 07-16-13 | |
|---|---|---|---|---|---|---|
| ACOMS #: | 506410 | Mod: | DELTA | Cell: | 51-6 | Mail box: 41 |

**To:** MR. KOHUT (ADMINISTRATION/SECURITY)

**Request:**
I HAVE A CLASSIFICATION ON THE 26th OF THIS MONTH AND WOULD LIKE TO BE CONSIDERED FOR TRANSFER TO PALMER CORRECTIONAL CENTER. THE PRIMARY REASON I WOULD LIKE TO GO THERE IS THAT I AM IN FEAR OF BEING RETALIATED AGAINST AT THIS FACILITY BECAUSE OF RUMORS BEING SPREAD BY OFFICERS AND OFFICERS CONFRONTING ME ABOUT "BEING THE REASON MS. KNITTLE GOT FIRED FOR HAVING 'UNDUE FAMILIARITY' WITH ME, AND THAT WE MUST HAVE BEEN HAVING SEX." WHILE I CAN ASSURE YOU THAT IS ABSOLUTELY NOT TRUE I AM NEVERTHELESS BEING MADE TO FEEL VERY UNCOMFORTABLE AT THIS FACILITY BY SOME OFFICERS WHO

**Prisoner Signature:**

**Action Taken:** Duplicate cop-out, answered by Probation Supervisor.

J. Chynoweth, PO III

**Employee Signature:** [signature]   **Date:** 7/17/13

**Final Action Taken:**

**Employee Signature:**   **Date:**

**Instructions:** Requests must be specific and state the action being requested (i.e. interview, hearing, etc.). Requests are to be responded to within a reasonable time of receipt.

**Distribution:** Original to Case Record

Department of Corrections, Form 808.11A
Rev: 04/08

Exhibit G
Page 1 of 2

**STATE OF ALASKA**  **DEPARTMENT OF CORRECTIONS**

## REQUEST FOR INTERVIEW

| Name: | TREVOR STEFANO | Institution: | GCCC | Date: | 07-16-13 | | |
|---|---|---|---|---|---|---|---|
| ACOMS #: | 506410 | Mod: | DELTA | Cell: | 51-b | Mail box: | 41 |

To: MR. KOHUT

Request:
I WOULD RATHER NOT NAME. I AM ALSO STILL BEING HASSLED ABOUT THE COMPUTERS THAT GOT BUSTED UP AND IM WORRIED ABOUT BEING RETALIATED AGAINST AT THIS FACILITY WHICH IS HARD FOR ME. I WOULD KINDLY REQUEST TRANSFER TO PCC WHERE I WON'T HAVE TO BE THE SUBJECT OF RIDICULE AND RETALIATION AND WHERE I CAN ENGAGE IN PROGRAMS NOT OFFERED AT THIS FACILITY SUCH AS STATE CERTIFIED ASBESTOS ABATEMENT COURSE, HAZMAT RESPONSE/TRANSPORT AND OTHERS THAT WOULD HELP BOLSTER MY MAINTENANCE RESUME AND BETTER ACCOMODATE MY EDUCATION ENDEAVORS.

Prisoner Signature: *Trevor Stefano*

Action Taken:

Employee Signature: _____ Date: _____

Final Action Taken:

Employee Signature: _____ Date: _____

Instructions: Requests must be specific and state the action being requested (i.e. interview, hearing, etc.). Requests are to be responded to within a reasonable time of receipt.

Distribution: Original to Case Record

Department of Corrections, Form 808.11A
Rev: 04/08

Exhibit G
Page 2 of 2