STATE OF ALASKA      DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE
### PART ONE

| PRINT NAME | INSTITUTION/MODULE | Offender # | FSO LOG # | DIO LOG # |
|---|---|---|---|---|
| Trevor Stefano | GCCC | 506410 | | |

INCIDENT DATE: 01-14-13      TODAY'S DATE: 01-14-13

**BEFORE YOU COMPLETE THIS FORM:**
1. Is this about an incident that is other than a disciplinary action or classification decision? — **Yes** / No
2. Did you first talk to the appropriate person to informally solve the incident? — **Yes** / No
3. Did you file a Request for Interview Form (cop-out) on this incident **and** receive a response? — Yes / **No**

If you said "NO" to any of these questions, the grievance may be screened and returned.

**INSTRUCTIONS:**
1. Limit this grievance to ONE incident.
2. Attach the completed Request for Interview Form copy OR describe HOW you attempted to solve it informally:
   a. WHO did you talk to? Attempted to speak with P.O. Brown
   b. WHEN did you talk with him/her? 2 weeks ago
   c. WHAT were you told? Never responded to my request for interview
3. Attach up to two additional pages of narrative to describe the incident.

**AFFIRMATION and SIGNATURE:**
1. I affirm that this grievance is filed within 30 days of the incident or my knowledge of the incident.
2. I affirm the following statements are true and accurate and that I may be disciplined for providing false information pursuant to 22 AAC 05.400.

PRISONER'S SIGNATURE: T. Stefano

Approximately two weeks ago I filed a request for interview to P.O. Brown requesting classification information to which he has not responded. He is not responding in a reasonable amount of time to request for interviews.

**I REQUEST THE FOLLOWING RELIEF** (State the outcome you are seeking):

P.O. Brown respond to request for interviews w/in 5 working days

I acknowledge receipt of this grievance and have issued the log number above for reference. Please refer to assigned log number with any inquiries about this grievance.

DATE RECEIVED: 1/22/13      STANDARDS OFFICER'S SIGNATURE: Sgt ePh a

Page 1 of 2

Form 808.03C
Rev. 10/06

Exhibit H
Page 1 of 1

**INMATE COPY**