# STATE OF ALASKA
# DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE APPEAL STATEMENT

| PRINT NAME | INSTITUTION/MODULE | OFFENDER NUMBER | FSO LOG NUMBER | DIO LOG NUMBER |
|---|---|---|---|---|
| Trevor Stefano | GCCC | 506410 | | GCC 13 172 |

**DATE OF APPEAL:** 03/21/13

**I appeal the Facility Manager's determination for the following reasons:**

The Department encourages prisoner visitation because strong family and community ties increase the likelihood of a prisoner's success after release. (Index # 810.02 VI A) This encouraged visitation, however, is detrimental to a prisoner's success when the visits are made uncomfortable by supervising officers imposing their discretion in arbitrary manners such as telling my 4-year-old daughter she may not sit with her father and must move to the other side of the visiting table, when I have never had an incident in the past 4 years I have been receiving visits. Index # 810.02 e (4) states "small children may sit with a relative prisoner at the discretion of the supervising staff member". Implied within this policy is that young children may sit with a relative prisoner in the same chair or on the prisoners lap with supervising staff discretion. All visitors sit "with" the prisoner at the same table, they would not sit at a different table from the prisoner to visit thus the only reason Policy would explicitly state "small children may sit with a relative prisoner" is to infer that child may sit with the prisoner in their lap or same chair and at a definite minimum a separate chair next to the prisoner. Continued attached

**PRISONER'S SIGNATURE:**

I acknowledge receipt of this grievance appeal statement and have logged it with the appropriate initially filed grievance.

**DATE FILED IN STANDARDS' OFFICE:** 3/22/13

**FACILITY STANDARDS OFFICER'S SIGNATURE:**

**DIRECTOR OF INSTITUTIONS'/MEDICAL ADVISORY COMMITTEE'S DECISION:**

Staff may direct visitors where to sit. Small children may sit with (Not on) relative prisoner at supervising staff member's discretion.

Appeal denied.

F. Sherman
Dep Director
3/3/13

Distribution: Original to Prisoner Case File
Facility Standards Officer
Prisoner

Form 808.03D
Rev. 10/06

Exhibit J
Page 1 of 2

**INMATE COPY**

Grievance Continued    DIO Log Number
                                    GCC 13 172

An officer does not have the discretion to tell my visitors which chairs they must sit in at the selected visiting table but only as to whether my young child may sit with me in the same chair.

Also a standard needs to be set in place as to what constitutes reasonable discretion. The policy as it is now leaves to much room for ambiguity when it should not be open to interpretation of nearly every officer and inmate.

My little girl does not understand why sometimes she can sit with me and other times she cannot. Not allowing a young child to bond with their parent is detrimental to that childs developmental growth. It makes the children of prisoners feel weird like their own parent does not want to hold them and its heartwrenching to have to see the look on your childs face when you tell them I can't hold you, especially when just the week before you could.

## Conclusion

Index #810.02 e(4) is read to interpret that small children may sit in a relative prisoners lap or same chair. An officer supervising visitation does not have the discretion to make visitors play musical chairs by instructing them in which chairs they must sit at the selected visiting table.

Exhibit J
Page 2 of 2

INMATE COPY

Case 3:13-cv-00175-SLG   Document 1-10   Filed 09/06/13   Page 2 of 2