# STATE OF ALASKA DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE
### PART ONE

| PRINT NAME | INSTITUTION/MODULE | Offender # | FSO LOG # | DIO LOG # |
|---|---|---|---|---|
| Trevor Stefano | GCCC | 506410 | | GCC 13 212 |

**INCIDENT DATE:** 03/19/13  **TODAY'S DATE:** 03/21/13

**BEFORE YOU COMPLETE THIS FORM:**
1. Is this about an incident that is other than a disciplinary action or classification decision? **(Yes)** No
2. Did you first talk to the appropriate person to informally solve the incident? **(Yes)** No
3. Did you file a Request for Interview Form (cop-out) on this incident and receive a response? **(Yes)** No

If you said "NO" to any of these questions, the grievance may be screened and returned.

**INSTRUCTIONS:**
1. Limit this grievance to ONE incident.
2. Attach the completed Request for Interview Form copy OR describe HOW you attempted to solve it informally:
   a. WHO did you talk to? Mail room
   b. WHEN did you talk with him/her? Today
   c. WHAT were you told? They don't comply with Policy
3. Attach up to two additional pages of narrative to describe the incident.

**AFFIRMATION and SIGNATURE:**
1. I affirm that this grievance is filed within 30 days of the incident or my knowledge of the incident.
2. I affirm the following statements are true and accurate and that I may be disciplined for providing false information pursuant to 22 AAC 05.400.

**PRISONER'S SIGNATURE:** T. Stefano

A letter from my wife was rejected because she drew something in marker. Crayon drawings from my 4 year old daughter are being rejected. I infored mail room that Policy nor AAC provide for them to turn away mail on this basis. Index #810.03 E and 22 AAC 05.660 (22). There are only 10 reasons mail may be rejected under Policy and 6 reasons under AAC. The mail rejection list has 21 reasons and a "other" box where they are checking it and putting any old reason. I informed the mail room of Policy and AAC, they responded per security SGT No letters with marker/crayon allowed. Arbitrary imposition of rules not even set forth by policy or Admin. Code needs to sease.

**I REQUEST THE FOLLOWING RELIEF** (State the outcome you are seeking):
Please allow mail to be rejected only as provided by Policy and Administrative code. If I get a crayon drawing or Marker drawing, it needs to be allowed.

I acknowledge receipt of this grievance and have issued the log number above for reference. Please refer to assigned log number with any inquiries about this grievance.

**DATE RECEIVED:** 3/22/13  **STANDARDS OFFICER'S SIGNATURE:** [signature]

Page 1 of 2

Exhibit L
Page 1 of 1

Form 808.03C
Rev. 10/06

**INMATE COPY**

Case 3:13-cv-00175-SLG   Document 1-12   Filed 09/06/13   Page 1 of 2

# PRISONER GRIEVANCE
PART TWO

| PRISONER NAME | Offender # | FSO LOG # | DIO LOG # |
|---|---|---|---|
|  |  |  |  |

**INVESTIGATOR'S FINDINGS AND RECOMMENDATIONS:**

Met w/ grievant 4/8/13 –
he had asked his picture be sent out.
future mail to will be considered and
some marker, crayon and colored pencil
drawings will be allowed, as long as
they aren't altered.

INVESTIGATION: I met with grievant on _____8_____ at _____ hours.

INVESTIGATOR'S SIGNATURE: _____ DATE: 4/8/13

**FACILITY MANAGER'S FINDINGS AND DETERMINATION:**

Concur w/ investigator

FACILITY MANAGER'S SIGNATURE: _____ DATE: 4/8/13

**PRISONER'S RESPONSE:**

[X] I AM SATISFIED WITH THIS RESPONSE.
[ ] I AM NOT SATISFIED WITH THIS RESPONSE, BUT **DO NOT** WISH TO APPEAL.
[ ] AND **DO INTEND** TO APPEAL TO THE Director of Institutions OR the Medical Advisory Committee.

I UNDERSTAND THAT MY COMPLETED STATEMENT OF APPEAL FORM MUST BE SUBMITTED TO THE Facility Standards Officer **WITHIN TWO WORKING DAYS OF THIS DATE**.

PRISONER'S SIGNATURE: T. Stephens    DATE: 04/09/13

FORM DELIVERED TO PRISONER BY OFFICER _____ (PRINT NAME/SIGNATURE)    4/9/13 1252 (DATE/TIME)

Page 2 of 2

Distribution: Original to Prisoner's Case/Medical File
             Facility Standards Officer
             Prisoner

Form 808.03C
Rev. 10/06