# STATE OF ALASKA — DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE
### PART ONE

| PRINT NAME | INSTITUTION/MODULE | Offender # | FSO LOG # | DIO LOG # |
|---|---|---|---|---|
| Trevor Stefano | GCCC | 506410 | | GCC 13 242 |

**INCIDENT DATE** 01/22/13  **TODAY'S DATE** 04-05-13

**BEFORE YOU COMPLETE THIS FORM:**
1. Is this about an incident that is other than a disciplinary action or classification decision? **Yes** / No
2. Did you first talk to the appropriate person to informally solve the incident? **Yes** / No
3. Did you file a Request for Interview Form (cop-out) on this incident and receive a response? **Yes** / No

If you said "NO" to any of these questions, the grievance may be screened and returned.

**INSTRUCTIONS:**
1. Limit this grievance to ONE incident.
2. Attach the completed Request for Interview Form copy OR describe HOW you attempted to solve it informally
   a. WHO did you talk to? OTA
   b. WHEN did you talk with him/her? 03/27/13 & 03/28/13
   c. WHAT were you told? $20.00 was recredited to my OTA
3. Attach up to two additional pages of narrative to describe the incident.

**AFFIRMATION and SIGNATURE:**
1. I affirm that this grievance is filed within 30 days of the incident or my knowledge of the incident.
2. I affirm the following statements are true and accurate and that I may be disciplined for providing false information pursuant to 22 AAC 05.400.

**PRISONER'S SIGNATURE:** T. Stefano

On 01/22/13 I had a twenty dollar check cut from my inmate account for a magazine subscription. About 8 weeks went by and I was waiting for my magazines to show up when P.O. Brown told me that my check had never been sent out and he stopped my order because I ordered a Bowhunt America magazine. He told me he would let me order a different title and then send it out and he would let me do this the following week. Its been over a month and he has not spoke to me. I sent a request for interview to OTA requesting the check to be voided and the $20.00 to be credited back to my account. They responded P.O. Brown must have already done this (continued)

**I REQUEST THE FOLLOWING RELIEF** (State the outcome you are seeking):
The check at issue to be voided and $20.00 credited to my account.

I acknowledge receipt of this grievance and have issued the log number above for reference. Please refer to assigned log number with any inquiries about this grievance.

**DATE RECEIVED:** 4/8/13  **STANDARDS OFFICER'S SIGNATURE:** [signature]

Page 1 of 2

Form S08.03C
Rev. 10 06

Exhibit M
Page 1 of 4

INMATE COPY

Case 3:13-cv-00175-SLG   Document 1-13   Filed 09/06/13   Page 1 of 4

however, since that check was cut for $20.00, no amount of money equivalent to $20.00 has been credited to my account. See Statement Of Account Trans id #1877795-1 where the check was cut on 01/22/2013 and then look at the credit column to see that since the date the check was cut I've not had a $20.00 credit to my account.

I think my check just got lost. I put a request to OTA for them to void the check and for some reason they don't know how to see that has not yet occurred and I got twenty bucks floating somewhere.

Thank you for looking into this matter and ensuring the expedient refunding of my lost $20.00

Exhibit M
Page 2 of 4

INMATE COPY

Case 3:13-cv-00175-SLG   Document 1-13   Filed 09/06/13   Page 2 of 4

# State of Alaska Department of Corrections

## STATEMENT OF ACCOUNT
### GOOSE CREEK CC

Statement Date: 03/01/2013 To: 04/13/2013

**ACCOUNT TRANSACTION DETAIL:**

Offender No: 506410  Location: GOOSE CREEK CC  Cell: PS26 B
Offender Name: STEFANO, TREVOR JON

Account: CHECKING
Account Balance: 88.64

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 84.08 |
| 1980085-19 | 03/04/2013 | 801 -GCCCCOMMIS / 903279 | -41.40 | 0.00 | 42.68 |
| 1030350-0 | 03/06/2013 | 2 -TILL 10218 RECEIPT / STEFANO, SUZ | 0.00 | 50.00 | 92.68 |
| 2000265-18 | 03/11/2013 | 807 -GCCCPOSTAG | -1.52 | 0.00 | 91.16 |
| 2002140-16 | 03/12/2013 | 801 -GCCCCOMMIS / 905191 | -15.10 | 0.00 | 76.06 |
| 2007995-55 | 03/13/2013 | 804 -GCCCELECTR / ELEC TV | -3.00 | 0.00 | 73.06 |
| 2008590-4 | 03/13/2013 | 159 -PTMACINMAT / STORE CRED | -47.05 | 0.00 | 26.01 |
| 1037345-0 | 03/14/2013 | 2 -TILL 10218 RECEIPT / STEFANO, SUZ | 0.00 | 100.00 | 126.01 |
| 2013495-11 | 03/15/2013 | 291 -PAYROLL | 0.00 | 27.05 | 153.06 |
| 2020430-19 | 03/19/2013 | 801 -GCCCCOMMIS / 907335 | -3.45 | 0.00 | 149.61 |
| 2023225-9 | 03/20/2013 | 807 -GCCCPOSTAG | -1.32 | 0.00 | 148.29 |
| 2026235-12 | 03/22/2013 | 291 -PAYROLL | 0.00 | 15.00 | 163.29 |
| 2026835-3 | 03/22/2013 | 810 -GCCCMP3PLA / MUSIC | -16.00 | 0.00 | 147.29 |
| 2029810-20 | 03/26/2013 | 801 -GCCCCOMMIS / 909354 | -42.75 | 0.00 | 104.54 |
| 2038170-12 | 03/29/2013 | 291 -PAYROLL | 0.00 | 12.00 | 116.54 |
| 2044175-17 | 04/02/2013 | 801 -GCCCCOMMIS / 911265 | -39.90 | 0.00 | 76.64 |
| 2055135-12 | 04/05/2013 | 291 -PAYROLL | 0.00 | 15.00 | 91.64 |
| 2062380-22 | 04/08/2013 | 801 -GCCCCOMMIS / 913174 | -36.00 | 0.00 | 55.64 |
| 2072895-13 | 04/12/2013 | 291 -PAYROLL | 0.00 | 13.00 | 68.64 |
| 2074640-1 | 04/13/2013 | 970 -VOID CHECK / 1 | 0.00 | 20.00 | 88.64 |
| | | Ending Balance | | | 88.64 |

Account: SAVING
Account Balance: 0.00

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 0.00 |
| | | -----No Transactions----- | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**INMATE COPY**

Exhibit M
Page 3 of 4

# RESOLVED FILED GRIEVANCE FORM

I, Trevor Stefano, a prisoner at GCCC, agree to voluntarily withdraw grievance log number GCC 13 242 based upon the following reason(s) (see checked line applicable below):

____ 1. The grievance issue I raised in this logged formal grievance has resolved itself since the grievance was filed;

____ 2. The appropriate Department staff have been contacted and the necessary action needed to resolve and rectify this matter to my satisfaction is being taken;

____ 3. I have thought about this matter and I determined that this is not the appropriate process to address my concern or issue;

____ 4. Other __— Thank You__

I take this action freely. I am not under any form of duress or coercion, nor has there been any expressed or implied threats of retaliation if I do not seek this withdrawal. Also, I am fully aware of the fact that I have the option to re-file this grievance within 30 days from the date on this withdrawal form.

_T. Stefano_  
Prisoner's Signature

04/15/13  
Date Signed

_[signature]_  
Compliance Officer's Signature

4/16/13  
Date Signed

Distribution: Original to Prisoner's Case File  
Prisoner  
Grievance Coordinator

Exhibit M  
Page 1 of 1

**INMATE COPY**

Department of Corrections Form #803.07B  
Rev. 07/95